UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

          Plaintiff,

v.

RYAN HUYNH,

          Defendant.

Case No. 21-CR-195-1-JPS

**ORDER**

On September 21, 2021, the grand jury returned a two-count Indictment, in which Defendant was charged with one count of violating 21 U.S.C. §§ 841(b)(1)(C) and 846. ECF No. 1. On July 19, 2023, the parties filed a plea agreement indicating that Defendant intended to plead guilty to this offense, Count One of the Indictment. ECF No. 14.

The parties appeared before Magistrate Judge Nancy Joseph on August 22, 2023, to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. ECF No. 16. Defendant entered a plea of guilty as to Count One of the Indictment. *Id.* After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Judge Joseph determined that the guilty plea was knowing and voluntary, and that the offense charged was supported by an independent factual basis containing each of the essential elements of the offense. *Id*.

The same day, Magistrate Judge Joseph filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared;

and (3) Defendant be adjudicated guilty and have a sentence imposed accordingly. ECF No. 17. Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. *Id.* at 1–2. To date, no party has filed such an objection. The Court has considered Magistrate Judge Joseph's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Nancy Joseph's Report and Recommendation, ECF No. 17, be and the same is hereby **ADOPTED.**

Dated at Milwaukee, Wisconsin, this 11th day of September, 2023.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge

Page 2 of 2
Case 2:21-cr-00195-JPS   Filed 09/11/23   Page 2 of 2   Document 18